JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CARLO BONDANELLI, | Case No. CV 17-6681 FMO |
| Debtor, | (BK Case No. 14-bk-27656 WB)<br>(Adv. Case No. 15-ap-1611 WB) |
| FRANCESCO TIENI, et al., | |
| Appellant, | |
| v. | **JUDGMENT** |
| PETER J. MASTAN, as Chapter 7<br>Trustee, | |
| Appellee. | |

Pursuant to the Court's Order re Bankruptcy Appeal, IT IS ADJUDGED that the above-captioned action is reversed and remanded for the Bankruptcy Court to dismiss the Trustee's Complaint without prejudice.

Dated this 29th day of March, 2019.


                                             /s/
                                    Fernando M. Olguin
                                    United States District Judge